

**E. DANYA PERRY**
PHONE 212.399.8340
EMAIL dperry@perryguha.com

June 18, 2020

VIA ECF                                    **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Anthony Cheedie, et al.*, No. 19 Cr. 833 (SHS)
      **Request for Modification of Bail Conditions**

Dear Judge Stein:

We represent defendant Kevin Handren in the above-captioned matter. We write on behalf of Mr. Handren to respectfully request that the Court modify the conditions of bail imposed on Mr. Handren for a limited purpose. Specifically, Mr. Handren's uncle passed away on May 27, 2020, during the height of the COVID-19 pandemic. Mr. Handren's family has arranged to hold internment services for his uncle in Pontiac, Michigan on August 15, 2020. Mr. Handren requests the opportunity to travel to Michigan from August 14, 2020 through August 16, 2020 to attend these services.

We have provided the particulars of Mr. Handren's travel request to Assistant U.S. Attorney Benet Kearney and to Mr. Handren's Pretrial Services Officer, Annie Carr Ingebritson. Neither has any objection to Mr. Handren's travel request, provided that Mr. Handren complies with any relevant COVID-related stay-at-home orders in effect at that time.

Thank you for Your Honor's consideration of this request.

**Application granted.**

Very truly yours,

**Dated: New York, New York
       June 19, 2020**   SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.

E. Danya Perry

cc:   PTSO Annie Carr Ingebritson (via email)

35 East 62nd Street, New York, NY 10065
MAIN 212.399.8330 | FAX 212.399.8331 | WEBSITE www.perryguha.com