UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Cheedie et al.

                            Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19    -CR-833( )( )

Defendant __Kevin Handren_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kevin Handren**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Samidh Guha**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**14 Dec. 2020**
Date

_____
U.S. District Judge/U.S. Magistrate Judge