**PG | PERRY GUHA LLP**

SAMIDH GUHA
PHONE 212.399.8350
EMAIL sguha@perryguha.com

March 12, 2021

VIA ECF

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States v. Anthony Cheedie, et al.*, No. 19 Cr 833 (SHS)
     **Request for Modification of Bail Conditions**

Dear Judge Stein:

  We represent defendant Kevin Handren in the above-captioned matter. We write on behalf of Mr. Handren to respectfully request that the Court modify the conditions of bail imposed on Mr. Handren for a limited purpose. Specifically, Mr. Handren requests the opportunity to travel to Las Vegas, Nevada from March 19, 2021 through March 21, 2021 to attend his brother Adam Handren's wedding.

  Assistant U.S. Attorney Kiersten Fletcher and Mr. Handren's Pretrial Services Officer, Annie Carr Ingebritson, have been notified of Mr. Handren's travel request. Neither has any objection to the travel request. Mr. Handren will further comply with any relevant COVID-related stay-at-home orders in effect at that time.

  Thank you for Your Honor's consideration of this request.

Very truly yours,

*/s/ Samidh Guha/*

Samidh Guha

cc: AUSA Kiersten Fletcher
   PTSO Annie Carr Ingebritson (via email)

**Application granted.**

**Dated: New York, New York
March 15 2021**

SO ORDERED:

*/s/ Sidney H. Stein/*

Sidney H. Stein, U.S.D.J.

35 East 62nd Street, New York, NY 10065
PHONE 212-399-8330 | FAX 212-399-8331 | WEBSITE
www.perryguha.com