

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Kevin Handren*, S3 19 Cr. 833 (SHS)

Dear Judge Stein:

      The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 24, 2021, be adjourned to a date and time convenient to the Court in or after April 2022, in light of the current status of related proceedings and the anticipated timeline of their resolution.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By: _____
      Kiersten A. Fletcher
      Robert B. Sobelman
      Sheb Swett
      Assistant United States Attorneys
      (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The sentencing is adjourned to April 28, 2022, at 12:00 p.m. The defense submissions are due by March 31, 2022, the government submissions are due by April 14, 2022.**

**Dated: New York, New York**
**       September 8, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.