

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kevin Handren*, S3 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for April 28, 2022, be adjourned to a date and time convenient to the Court in or after October 2022, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The sentencing is adjourned to October 27, 2022, at 3:30 p.m. The defense submissions are due by October 6, 2022, and the government's submissions are due by October 13.**

Dated: New York, New York
       April 21, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.