

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 19, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:    *United States v. Kevin Handren*, **S3 19 Cr. 833 (SHS)**

Dear Judge Stein:

   The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for July 25, 2024, be adjourned to a date and time convenient to the Court in or after January 2025, in light of the current status of related proceedings and the anticipated timeline of their resolution.

                                   Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney

                          By:  /s/ Robert B. Sobelman_____

                                   Robert B. Sobelman
                                   Sheb Swett
                                   Assistant United States Attorneys
                                   (212) 637-2616 / 6522

cc: Counsel (by ECF)

**The sentencing  is adjourned to January 23, 2025, at 11:00 a.m.**

**Dated: New York, New York**
      **July 19, 2024**

                  **SO ORDERED:**

                  *Sidney H. Stein*
            _____
                  **Sidney H. Stein, U.S.D.J.**