

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 11, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Kevin Handren*, S3 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for January 23, 2025, be adjourned to a date and time convenient to the Court in or after July 2025, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: /s/ Robert B. Sobelman
Robert B. Sobelman
Assistant United States Attorney
(212) 637-2616

cc: Defense Counsel (by ECF)

**The sentencing is adjourned to July 10, 2025, at 2:30 p.m.**

Dated: New York, New York
       January 13, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.