

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2025

**BY ECF**

## MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kevin Handren*, S3 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for December 10, 2025, at 2:30 p.m., be adjourned to a date and time convenient to the Court approximately 60 days thereafter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Robert B. Sobelman
Robert B. Sobelman
Assistant United States Attorney
(212) 637-2616

cc: Samidh Guha, Esq. (by ECF)

**The sentencing is adjourned to February 12, 2026, at 2:30 p.m. The defense sentencing submission is due by January 23, 2026, the government submission is due by January 30, 2026.**

Dated: New York, New York
November 18, 2025

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.