

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Kevin Handren*, **S3 19 Cr. 833 (SHS)**

Dear Judge Stein:

      The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for February 12, 2026, at 2:30 p.m., be rescheduled to a time convenient to the Court in the afternoon on January 30, 2026.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

           By: /s/ Robert B. Sobelman
              Robert B. Sobelman
              Assistant United States Attorney
              (212) 637-2616

cc: Samidh Guha, Esq. (by ECF)

*12/12/25*

*Application granted. Sentencing adjourned to Jan 30, 2026 at 3 p.m.*

*So ordered*
*Sidney H. Stein*
*U.S.D.J.*